**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

CARROLL JOHNSON
ADC # 138237                                                                                                    PLAINTIFF

V.                                      4:08CV03668 JMM/HDY

PULASKI COUNTY; RANDY JOHNSON, Sheriff,
Pulaski County; BARNETT, Sgt., Pulaski County;
STROHM, Sgt., Pulaski County; PAXSON, Lt.,
Pulaski County; ADAMS, Deputy, Pulaski County;
LAMBERT, Deputy, Pulaski County; WILSON, Sgt.,
Pulaski County; STANLEY; Sgt., Pulaski County;
N. JAKES, Sgt., Pulaski County; and EDWARD
ARIVETTE, Lt., Pulaski County                                                                         DEFENDANTS

**ORDER**

Construing Plaintiff's Complaint liberally, the Court concludes that, for screening purposes, Plaintiff states a cognizable claim for relief under 42 U.S.C. § 1983. Accordingly, the Court finds that service is appropriate on these Defendants at this time. Plaintiff has not sought pauper status in this case. Therefore, the Clerk of the Court is directed to prepare summons for these Defendants and provide them to Plaintiff.

DATED this __13__ day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE