**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

CARROLL JOHNSON
ADC # 138237                                                                                                    PLAINTIFF

V.                                            4:08-cv-03668-JMM-JJV

PULASKI COUNTY, *et al.*                                                                            DEFENDANTS

### **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 1st day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE